UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ALLSTATE INDEMNITY COMPANY**, an Illinois corporation,

   Plaintiff,

v.

**GO APPLIANCES, LLC**, d/b/a **GARY OWENS APPLIANCES, LLC**, an Oregon corporation, and **GARY OWENS**, an individual, d/b/a **GARY OWENS WASHER AND DRYER REPAIR**,

   Defendants.

Case No.: 6:05-CV-1595

STIPULATED GENERAL JUDGMENT OF DISMISSAL

---

Pursuant to F.R.C.P. Rule 41, the parties through and by their respective attorneys of record hereby stipulate that the entire action be dismissed with prejudice and without an award of attorneys fees or costs.

DATED this ____ day of November, 2006.   COZEN O'CONNOR

By: _____
Eric C. Hanson
Email: ehanson@cozen.com
Admitted *Pro Hac Vice*
Cozen O'Connor
1201 Third Avenue, Suite 5200
Seattle, WA 98101
Telephone: (206) 340-1000
Facsimile: (206) 621-8783

Vicki Hopman Yates
OSB No. 81493
Email: vicki@yateslaw.com
419 5th Street
Oregon City, OR 97045
Telephone: (503) 656-9792
Facsimile: (503) 656-8481

Attorneys for Plaintiff ALLSTATE INDEMNITY COMPANY

Dated this 10 day of November, 2006   DAVIS ROTHWELL EARLE & XOCHIHUA P.C.

By: _____
John S. Knowles
Email: jknowles@davisrothwell.com
Samuel K. Anderson
Email: sanderson@davisrothwell.com
Davis Rothwell Earle & Xochihua P.C.
1300 Southwest Fifth Avenue, Suite 1900
Portland, OR 97201
Facsimile: (503) 222-4428
Attorneys for Defendant
DEPAUL INDUSTRIES

## II. ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above entitled case be DISMISSED in its entirety without prejudice and without an award of attorneys fees or costs to any party.

Dated this 15 day of November, 2006.

_____
Judge of the District Court